GOLDSMITH & HULL/File No.: 5112149
A Professional Corporation
Stephen R. Goldsmith   (SBN 291555)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel:(818) 990-6600
Fax:(818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>vs.<br><br>ROSA J. FARRIS aka ROSA FARRIS aka ROSE J. SADLER<br><br>         Defendant. | CASE NO. 2:18-cv-08405-WDK-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Pursuant to F.R.C.P.,<br> Rule 41(a)(1)] |

TO: CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that Plaintiff, UNITED STATES OF AMERICA, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses the above-entitled action with prejudice as to the following defendant: ROSA J. FARRIS aka ROSA FARRIS aka ROSE J. SADLER.

Dated: January 28, 2019                             GOLDSMITH & HULL, A P.C.

                                                                    /S/ Stephen R. Goldsmith
                                                                    Stephen R. Goldsmith
                                                                    Attorneys for Plaintiff

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of DISMISSAL, addressed to:

Layla Khamoushian, Esq.                Defendant's Counsel
15250 Ventura Blvd., Suite 505
Sherman Oaks, CA 91403

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on January 28, 2019 at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

/S/
Sonia Molina